# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 23, 2014

149843 & (22)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 149843
COA: 321732
St Clair CC: 13-002103-FH

JAMES ROBERT MABEN,
      Defendant-Appellant.

_____/

On order of the Court, the motion for leave to file defendant's pro per supplemental brief is GRANTED. The application for leave to appeal the June 26, 2014 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted of Issue III in the principal delayed application prepared by appellate defense counsel at the Court of Appeals, alongside Issues I and II, where leave to appeal was previously granted. On remand, the Court of Appeals shall hold this case in abeyance pending this Court's decision in *People v Lockridge* (Docket No. 149073). After *Lockridge* is decided, the Court of Appeals shall consider the defendant's Issue III in light of *Lockridge*. With respect to all other issues not being addressed by the Court of Appeals, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 23, 2014



t1217

Clerk